B6B (Official Form 6B) (12/07)

In re   Igor M. Gabal                         ,                     Case No.   10-43079
                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | in pocket | - | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America savings account  Amount is -$15  Bank of America checking account  Amount is -$40 | -  - | 0.00  0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | bedroom set, red couch, night stand lamp, office desk and 4 chairs, TV, VCR | J | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | picture frames with family photos, misc books | J | 250.00 |
| 6. Wearing apparel. | | standard clothes | - | 1,000.00 |
| 7. Furs and jewelry. | | Men's Rolex Oyster- Silver, wedding band | - | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | travel bags, skis, poles, boots, goggles, gloves, tennis racket, bike, sony camera | - | 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    3,800.00
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  Igor M. Gabal , Case No.  10-43079
                Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | North American Asset Management Group LLC (50% interest): Millenium Care Group contributed stock in Broadwind Energy; 650,000 (50%) investment in Cincinnati real estate- in bankruptcy; 100,000 deposit in Miami- lost- in bankruptcy; owned Bentley- sold- | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Renaissance Residential of Countryside, LLC- 30% ownership | - | Unknown |
| | | Renaissance Residential Construction (1/3 interest) | - | Unknown |
| | | Renaissance Residential Property Management (1/3 interest) | - | Unknown |
| | | North American Asset Management Group LLC (50% interest) | - | Unknown |
| | | Countryside Real Estate Development LLC (1/3 interest) | - | Unknown |
| | | Palatine Leasing Services Group Inc. (1/3 interest) | - | Unknown |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >  0.00
(Total of this page)

Sheet  1  of  3  continuation sheets attached
to the Schedule of Personal Property

In re  Igor M. Gabal , Case No. 10-43079
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Igor Gabal v Theodore J. Wojtas Pending Cook County Law Division- Breach of Fiduciary Duty, Misrepresentation, etc.- CS# Attorney for Plaintiff: Bardia Yard- Acumen Law Group 312-212-3863 | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | File Cabinets, Panasonic Phone System, Blackberry Cell Phone, minolta printer and laser fax, HP computer, | - | 750.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >  750.00
(Total of this page)

Sheet  2  of  3  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  Igor M. Gabal , Case No. 10-43079
                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >  0.00
(Total of this page)
Total >  4,550.00

Sheet  3  of  3   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re  Igor M. Gabal , Case No.  10-43079
                Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| in pocket | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Bank of America savings account | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| Amount is -$15 | | | |
| Bank of America checking account | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| Amount is -$40 | | | |
| **Household Goods and Furnishings** | | | |
| bedroom set, red couch, night stand lamp, office desk and 4 chairs, TV, VCR | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| picture frames with family photos, misc books | 735 ILCS 5/12-1001(b) | 250.00 | 250.00 |
| **Wearing Apparel** | | | |
| standard clothes | 735 ILCS 5/12-1001(a) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| Men's Rolex Oyster- Silver, wedding band | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| travel bags, skis, poles, boots, goggles, gloves, tennis racket, bike, sony camera | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| **Interests in Insurance Policies** | | | |
| Term Life Insurance | 215 ILCS 5/238 | 0.00 | 0.00 |
| **Stock and Interests in Businesses** | | | |
| North American Asset Management Group LLC (50% interest): Millenium Care Group contributed stock in Broadwind Energy; 650,000 (50%) investment in Cincinnati real estate- in bankruptcy; 100,000 deposit in Miami- lost- in bankruptcy; owned Bentley- sold- | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| **Interests in Partnerships or Joint Ventures** | | | |
| Renaissance Residential of Countryside, LLC- 30% ownership | 735 ILCS 5/12-1001(b) | 0.00 | Unknown |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Igor Gabal v Theodore J. Wojtas Pending Cook County Law Division- Breach of Fiduciary Duty, Misrepresentation, etc.- CS# Attorney for Plaintiff: Bardia Yard- Acumen Law Group 312-212-3863 | 735 ILCS 5/12-1001(b) | 0.00 | Unknown |

  1  continuation sheets attached to Schedule of Property Claimed as Exempt

**B6C (Official Form 6C) (4/10) -- Cont.**

In re  Igor M. Gabal , Case No. 10-43079
Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Office Equipment, Furnishings and Supplies** <br> File Cabinets, Panasonic Phone System, Blackberry Cell Phone, minolta printer and laser fax, HP computer, | 735 ILCS 5/12-1001(b) | 750.00 | 750.00 |
| | Total: | 4,550.00 | 4,550.00 |

Sheet  1  of  1  continuation sheets attached to the Schedule of Property Claimed as Exempt